UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHIJIOKE JOSHUA OKORIE,

                Plaintiff,

v.                                           Case No. 19-2229-JAR

KIRSTJEN NIELSON in her official capacity
as Secretary of the U.S. Department of Homeland
Security, et al.,

                Respondents.

## ORDER

Plaintiff filed this naturalization action on December 1, 2018,[1] which was transferred from the District of Western Missouri to the District of Kansas on May 13, 2019.[2] Respondents filed a motion to dismiss on July 1, 2019, plaintiff filed his response on July 22, 2019, and respondents' reply is due on August 19, 2019. The court entered an initial scheduling order on July 30, 2019, which set deadlines for the parties to confer ahead of the scheduling conference, set for August 27, 2019.[3]

After conferring, the parties have jointly requested via email that the court postpone the scheduling conference, as well as the August 13, 2019 deadline to submit a planning meeting report. For good cause shown under Fed. R. Civ. P. 16(b)(2), the court grants the

---

[1] ECF No. 1.
[2] ECF No. 17.
[3] ECF No. 31.

1

parties' requests. The scheduling conference is canceled, and the parties are relieved of their obligation to submit a planning meeting report. The court will defer entering a scheduling order at this time.

Further, all discovery is stayed pending Chief District Judge Julie A. Robinson's ruling on the motion to dismiss (ECF No. 26). The parties shall confer and submit a planning meeting report within 14 days of Judge Robinson's ruling if the case remains at issue.

IT IS SO ORDERED.

Dated August 7, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge